**IT IS ORDERED as set forth below:**

**Date: November 3, 2022**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| SCOTT WAYNE SUMMEY, | : | 18-11040-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 13 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## ORDER TO SHOW CAUSE

Through counsel, Scott Wayne Summey ("Debtor") filed an Application to Employ Teresa Renfroe as real estate broker (Doc. 40, the "Application"). The Application was scheduled for hearing on August 9, 2022, at which time counsel for Debtor was directed to present a proposed order approving the Application. To date, counsel has failed to present an acceptable order. Accordingly,

IT IS ORDERED that Debtor's counsel, **Howard P. Slomka**, shall appear

telephonically on **November 29, 2022, at 9:15 a.m.,** in Second Floor Courtroom, United States Courthouse, 18 Greenville Street, Newnan, GA 30263, to show cause why the Application should not be denied for want of prosecution. To join the conference, dial 833-568-8864 and enter meeting id 161 346 1602.

**END OF DOCUMENT**

**Distribution List**

Scott Wayne Summey
391 Mill Pond Xing Unit A2
Carrollton, GA 30116

Howard P. Slomka
Slipakoff & Slomka, PC
6400 Powers Ferry Road
Suite 200
30339
Atlanta, GA 30339

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303